UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 2:10-CR-056-LDG (RJJ) |
| SAMUEL CARDOSO, | ) ) | |
| Defendant. | ) | |

**ORDER OF FORFEITURE**

This Court found on February 12, 2010, that SAMUEL CARDOSO shall pay a criminal forfeiture money judgment of $60,000.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 982(a)(2)(A). Criminal Information, ECF No. 2; Plea Memorandum, ECF No. 4; Order of Forfeiture, ECF No. 5; Minutes of Proceedings, ECF No. 7.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from SAMUEL CARDOSO a criminal forfeiture money judgment in the amount of $60,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

DATED this 23 day of MAY, 2012.

_____
UNITED STATES DISTRICT JUDGE

**U.S. v. Samuel Cardoso**
**2:10-cr-00056-LDG-RJJ**
**Restitution List**

Fremont Investment and Loan          $263,259.61
175 North Riverview
Anaheim, California 92808

