# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SAMUEL CARDOSO,<br><br>    Defendant. | Case No. 2:10-cr-00056-LDG (RJJ)<br><br>**ORDER** |

The defendant, Samuel Cardoso, moves to correct sentence pursuant to Fed. R. Crim. Pro. 35(a).  Pursuant to Rule 35(a), the court may correct a sentence resulting from arithmetical, technical, or other clear error within 14 days.  The written judgment sentences the defendant to time served and three years of supervised release, with a condition of six months' home detention with release for work.  The written judgment accurately reflects the sentence imposed by the Court and which the Court intended to impose.  Accordingly,

THE COURT **ORDERS** that Defendant's Motion to Correct Sentence (#39) is DENIED.

DATED this ___ day of June, 2012.

_____
Lloyd D. George
United States District Judge